UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD T. SEACREST,

              Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

             Defendant.

Case No. 3:12-CV-05943-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

    DATED this 7th day of November, 2012.

                                                               Karen L. Strombom
                                                               United States Magistrate Judge