UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RICHARD T SECREST, JR, | Civil No. 3:12-CV-05943-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  Upon remand, the Administrative Law Judge will obtain additional records to complete the administrative record, including but not limited to the VA disability rating decisions which cover or relate to the period from August 1, 2008 through February 16, 2010; further evaluate the VA decisions, including but not limited to the June 9, 2010 decision, and provide specific rationale for the weight given to such evidence; as appropriate, further consider Plaintiff's residual functional capacity on the updated record and

Page 1     ORDER - [3:12-CV-05943-KLS]

specify evidence which supports the assessed limitations; and, as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of April, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Jordan D. Goddard
JORDAN D. GODDARD
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2733
Fax: (206) 615-2531
jordan.goddard@ssa.gov